# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNKNOWN FEDERAL AGENT JOHN DOE,<br><br>*Defendant.* | Civil Action No. 4:25-cv-13850-MRG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jessie J. Rossman as counsel for Plaintiff in the above-captioned matter.

Dated: January 30, 2026

Respectfully submitted,

By: /s/ *Jessie J. Rossman*
Jessie J. Rossman (BBO # 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

January 30, 2026                                       */s/ Jessie J. Rossman*
                                                                          Jessie J. Rossman