**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 25-cv-13850-MRG |
| UNKNOWN FEDERAL AGENT JOHN DOE | ) ) | |
| Defendant. | ) ) ) | |

**THE UNITED STATES OF AMERICA'S *NUNC PRO TUNC* MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the United States of America respectfully moves *nunc pro tunc* for a protective order over information produced by the Department of Homeland Security on March 3, 2026, in response to a Rule 42 subpoena dated February 2, 2026. A memorandum of law accompanies this motion.

Date: April 1, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Olivia Benjamin*
Olivia Benjamin
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-1000
Olivia.Benjamin@usdoj.gov

## FEDERAL RULE 26(C)(1) CERTIFICATION

The undersigned counsel certifies, pursuant to Federal Rule of Civil Procedure 26(c)(1), that counsel for the United States has conferred with counsel for Plaintiff in an effort to resolve the dispute without court action.  The United States and Plaintiff were not able to resolve this dispute.

Dated: April 1, 2026                      By:    */s/ Olivia Benjamin*
                                              Olivia Benjamin
                                              Assistant United States Attorney

## L.R. 7.1 CERTIFICATION

I certify that I conferred with Plaintiff's counsel before filing this motion but the parties were unable to resolve the issues raised in this motion.

Dated: April 1, 2026                      By:    */s/ Olivia Benjamin*
                                              Olivia Benjamin
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Olivia Benjamin, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2026                      By:    */s/ Olivia Benjamin*
                                              Olivia Benjamin
                                              Assistant United States Attorney