**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 25-cv-13850-MRG |
| ) | |
| UNKNOWN FEDERAL AGENT JOHN DOE ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ROBERT PIEPIORA**

I, Robert Piepiora, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as Acting Assistant Field Office Director ((A)AFOD) with the Boston Field Office. I have held this position since December 16, 2025.

2.  I have been employed by ICE since January 2011. Prior to my position as the (A)AFOD, I have served in multiple positions including Immigration Enforcement Agent, Deportation Officer, and Supervisory Detention and Deportation Officer.

3.  Currently, as the (A)AFOD of ERO Boston, I am responsible for and have direct oversight of all ICE ERO officers and support personnel assigned to "at-large" enforcement operations in Boston. Additionally, I am responsible for all aspects of alien identification, arrest, detention and removal as well as programs including Fugitive Operations and Secure Communities.

4.  My current duties also include supervising ERO officers that are responsible for identifying and arresting criminal aliens currently in custody of local, state, and federal law

enforcement agencies and institutions. In the course of performing my duties, I routinely review alien files and electronic databases, liaison with other law enforcement agencies, and respond to any inquiries about all aspects of these cases.

5.  I supervise ERO staff, review operational reports, and ensure compliance with DHS and ICE policies. I receive regular briefings and written updates from DHS and ICE personnel in Boston regarding enforcement activities, detainer issuance and processing, and cooperation with state and local law enforcement agencies.

6.  I also supervise the Acting Supervisory Detention and Deportation Officer ((A)SDDO) John Doe[1] who is assigned to Boston, Massachusetts. His duties include overseeing the Fugitive Operations Teams responsible for overseeing targeted enforcement actions, and the arrest and processing of criminal aliens encountered in the Boston, Massachusetts area of responsibility. He held this position for most of the time from January 2025 until August 5, 2025, where he assumed the role of (A)SDDO full time.

7.  I am familiar with the case of Carlos Sebastian Zapata Rivera and his wife Juliana Milena Ojeda-Montoya (also known as Juliana Zapata). I have thoroughly reviewed all entries into ENFORCE Alien Removal Module, the main electronic system of record for ICE, as well as the alien files for both Carlos Zapata and Juliana Zapata.

8.  Due to his handling of the above-mentioned case, (A)SDDO John Doe was subjected to direct threats on the scene and subsequently he became a target of ongoing doxing and harassment by members of the public. *See* Paragraphs 26-29.

---

[1] The (A)SDDO's name, and information identifying other DHS agents, is redacted or not included in this declaration for the protection of the (A)SDDO and the other agents.  The declarant will make an unredacted version of this declaration available to the Court upon request.

9. These incidents of doxing and harassment have caused (A)SDDO John Doe extreme stress and fear for his safety and more importantly his children's safety. These events have further imposed a significant strain on his everyday life.

10. I am very familiar with the harm that results in when ICE employees' personal information is publicly released. Specifically, I am familiar with incidents including, but not limited to, online threats, identity theft, harassment, and doxing of (A)SDDO John Doe and other ICE employees in my unit and nationwide.

11. The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS. I have personal knowledge of the matters set forth in this declaration based on my position as (A)FOD. In this role, I am responsible for overseeing all aspects of ERO's immigration enforcement operations within the state of Massachusetts.

12. The purpose of this declaration is to inform the court about (1) serious safety concerns that pose a significant risk of injury or death and property damage to (A)SDDO John Doe, his family, and other ICE employees and their families and (2) how unwarranted public scrutiny, negative media attention, doxing, and retaliation against ICE employees are adversely impairing them from simply doing their job.

### ROLE OF DEPARTMENT OF HOMELAND SECURITY

13. Responsibility for enforcing the federal immigration law lies primarily with DHS and two of its components: ICE and Customs and Border Protection.

14. ICE is the largest investigative branch of DHS, enforcing over 400 federal laws. Its mission

is to protect the United States from cross-border crime and illegal immigration. ICE has three core operational directorates: ERO, Homeland Security Investigations, and the Office of the Principal Legal Advisor. ERO personnel include ICE deportation officers who are immigration officers under 8 U.S.C. § 1357 and possess limited delegated customs-officer authority under 19 U.S.C. § 1589a.

15. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, a federal misdemeanor, and those who illegally reenter the United States after having been removed, a federal felony—or otherwise undermine the integrity of federal immigration laws and border control efforts. ERO oversees programs and conducts operations to identify and apprehend removable aliens, to detain these individuals when necessary, and to remove illegal aliens from the United States. ERO prioritizes the apprehension, arrest, and removal of aliens who threaten the safety of our nation's communities and the integrity of U.S. immigration laws.

16. The Criminal Alien Program (CAP) focuses on identifying, arresting, and removing criminal aliens incarcerated in federal, state, county, or local detention facilities. The CAP safely transfers these individuals into federal custody, reducing the risk to the public. Additionally, under The Laken Riley Act of 2025, ICE is required to take into custody aliens who commit certain acts in the United States. *See* Laken Riley Act, Pub. L. No. 119-1, 139 Stat 3 (Jan. 29, 2025).

17. The Fugitive Operations Program locates and arrests at-large aliens who are not in law enforcement custody and who pose a threat to national security or public safety, have entered the United States illegally, are subject to orders of removal, or undermine

immigration laws and border control.

### DOXING AND THREATS AGAINST ICE OFFICERS

18. During the last few years, ICE has seen an increase in the number of threats and harassments of its employees. Between January 2025 and March 2026, the ICE Office of Professional Responsibility (OPR) investigated 131 cases involving incidents of doxxing and threats directed towards ICE employees nationwide.

19. These cases include 85 incidents of doxxing and 46 threats. Notably, there were 191 times when an ICE employee was victimized. Of those ICE employees who were victimized ERO employees represented 37% of impacted personnel.

20. These threats and incidents range from doxing of employees, stalking and following the ICE employees' home, calling and texting ICE employees with threats and derogatory remarks, posting personal information of ICE employees on social media, or anti-ICE group chats, and distributing flyers with ICE employees' personal information around the neighborhood in attempt to identify ICE employees.

21. Federal immigration officers have faced doxing on social media where personal information such as names, photos, and family details were publicly shared alongside threats. Acting ICE Director Todd Lyons confirmed that these threats have escalated, with assaults on officers increasing by 400% compared to previous year.[2] Doxing incidents have included attempts to track officers' families and post their personal information online, prompting officers to wear masks during arrets to safeguard their identities. *Id*.

22. DHS defines "doxing" as "gathering an individual's personally identifiable information

---

[2] Maria Papadopoulos, ICE agents 'doxed' on social media, wear masks after receiving death threats, director says, Boston 25 News (June 2, 2025), https://www.boston25news.com/news/local/ice-agents-doxed-social-media-wear-masks-after-receiving-death-threats-director-says/2NIC6OZ6XRGMXDRYLWLIKJ66GU/.

and releasing it publicly for malicious purposes, such as public humiliation, stalking, identity theft or targeting for harassment."[3] Personally identifiable information may include an individual's full name, contact information, home address, family members, workplace details, financial information and Social Security number. *Id.*

23. Doxing isn't just an invasion of privacy. According to Jimmy Valenzula, Special Agent in Charge at the ICE OPR, "[i]t is a deliberate act of intimidation that undermines the safety and security of ICE employees who are dedicated to upholding the law and protecting our nation." *Id.*

24. During many targeted enforcement actions, residents and protestors converge on the scene. Many times, the state or local Police Department is called in response to a request for officers' safety due to increasing hostility by protestors. These protestors are encroaching on the government vehicles, making it an unsafe environment for all officers. Protestors scream and encourage aliens not to cooperate with ICE, take video recordings and photographs that are later uploaded into social media platforms showing the identity of ICE employees.

25. Further, online websites exist that serve as repositories for anonymously posted doxing information about ICE employees. These sites permit users to upload sensitive personal information pertaining to ICE employees such as names, addresses, and contact details – without requiring identity verification. To avoid intervention by U.S. law enforcement and court orders many platforms maintain servers overseas, outside U.S. jurisdiction. Privacy-focused hosting providers, encrypted communication, and decentralized infrastructure are often used to evade detection and takedown efforts. Lack of moderation or oversight

---

[3] Nolan Rappaport, Do ICE officers really need to wear face masks, The Hill (Jan. 22, 2026), https://thehill.com/opinion/immigration/5699792-doxing-ice-officers-controversy/.

enables continued publication of information, posing significant risks to the safety and privacy of law enforcement personnel and their relatives.

26. (A)SDDO John Doe has been the target of doxing and threats in recent months.

27. On September 19, 2025, (A)SDDO John Doe reported that a woman whose husband was arrested by an enforcement team different than ICE ERO Boston, located one of the Fugitive Operations Teams in Milford, Massachusetts and stalked the team. She encroached on our law enforcement activity, screaming obscenities and threatening to kill them and their families. When the team left the scene, she followed (A)SDDO John Doe. While (A)SDDO John Doe was near the intersection of Beaver Street and Maple Street, she sped up and passed him on the right-hand side of the road, swerving into his vehicle forcing him over the centered double yellow line and into oncoming traffic. Thankfully (A)SDDO John Doe had enough time to speed up and get back into his lane before the oncoming vehicle crashed head on into him. The (A)SDDO John Doe called 911 and reported the incident.

28. On November 6, 2025, in a high-profile apprehension in Fitchburg, Massachusetts, a protestor at the scene threatened to shoot all of the officers. The same protestor then threatened (A)SDDO John Doe saying to him: "You are a bad man, take off your mask, I bet you are ugly under there and you probably support Israel too . . . you look like a Jew . . . I bet you are a fucking Jew . . . I hate you . . . I'm going to remember those eyes . . . I'm going to find you; I'm going to find you and . . . I'm going to come for you . . . I know you probably have kids . . . we're going to kill you and your kids."

29. On January 10, 2026, (A)SDDO John Doe of the ERO Boston Field Office reported that he received a digital poster, forwarded to him from friends, that was seeking to identify

him, seemingly to dox him. The poster claims that (A)SDDO John Doe choked an individual to the point of unconsciousness and provided an email for the public to provide tips that lead to identifying personal information about (A)SDDO John Doe. The creator of the digital poster has posted about the suit-related arrest incident multiple times, most recently posting pictures from the poster below and publishing an Instagram update to the ACLU's case on January 8, 2026. This poster signals an escalation in the creator's efforts to identify (A)SDDO John Doe as the ICE officer. The poster is even more concerning because the creator of the poster is an unknown individual using a Proton Mail address which is used for high-privacy, encrypted communication associated with "dark web," often hyperbolic discourse. The poster identifies three towns: Fitchburg (where the incident occurred), Burlington (where the ERO Boston office is located), and (A)SDDO John Doe's hometown (redacted to protect the officer's privacy).



30. Many other ICE agents have been the subject of doxing and threats.

31. For example, on June 3, 2025, an ICE Deportation Officer's (DO) home address, personal email address, Venmo account name, and Instagram account were posted in an anti-ICE group chat on the private messaging application Signal. On June 4, 2025, two unknown individuals were observed loitering in the ERO DO's front yard. The unknown individuals were also observed back and forth in front of the DO's residence.

32. On October 1, 2025, an ERO DO of the ERO Boston Field Office reported a conversation that he had with a subject while taking the subject into custody at Marlboro District Court. The subject was transported to Marlboro Police Department to prepare for transportation to the Burlington Field Office when the subject threatened the DO. Because the subject only spoke Portuguese, and the DO spoke Portuguese as well, the DO was asked to verify

medical and childcare issues in Portuguese with the subject. Below is how the conversation proceeded:

DO: Hey Sir, do you have any children or medical issues?

SUBJECT: No. You are Brazilian and you are doing this?

DO: Yes, it is a part of my job.

SUBJECT: Wait till you step in Brazil, and you will see.

DO: What do you mean?

SUBJECT: Just wait till you get to Brazil.

DO: Are you threatening me?

SUBJECT: Understand it however you would like, but you will see when you step foot in Brazil.

33. On November 24, 2025, ICE OPR received information that an ICE DO and his wife had their restricted personal information posted by an anonymous user on an online website aimed at exposing the identities of ICE officers and agents. The online website is not hosted in the United States and does not honor legal requests from U.S. law enforcement but has been cooperative in removing content from the site that may violate 18 U.S.C. § 119.

34. On November 26, 2025, ICE OPR received information that a photo of an ICE DO and his family, accompanied by invitation to harass them, was posted on Instagram by an online user.

35. On January 9, 2026, a DO of the ERO Boston Field Office reported that he received text messages from two unknown numbers with threats of being doxed. Some of these messages read: "Sup Nazi, ICE fuck."

"You look soft. If you spent half as much time at the gym, as you did harassing us, citizens

10

maybe you'd be able to see your own penis." Another text message read: "Lmao is this you? Nuremberg part two gonna be so much fun to watch. Keep that face hidden. Laughing emojis." Further, the authors of these messages stated that the DO should never return to Ole Mississippi University where the DO is an alum. The senders bolstered and bragged that he is an incredibly easy target to dox as they continued to call him derogatory names. Included in the text messages, one of the authors stated the name "BETA" which the DO made a direct correlation with his fraternity. The DO stated that he is a part of BETA Theta Phi, and the two authors of these messages could potentially be members of his fraternity as well. The DO learned that another DO from the New Orleans area of responsibility received these similar messages.

36. On January 11, 2026, a DO of the ERO Boston Filed Office reported that he received a notification of a post on the "Blue Sky Social" application, seemingly to dox him. The author of this post linked the DO to being seen in both Boston and Minneapolis. The post references the DO's full name and that he lives in Malden, Massachusetts.

37. On January 16, 2026, an individual posted the hotel lodging location used as temporary housing for numerous ICE agents and incited other online users to visit the location and impair vehicles by encouraging damage to brake and fuel lines. The individual also encouraged business chefs to serve raw and contaminated food to ICE agents.

38. On January 27, 2026, another SDDO of the ERO Boston Field Office reported that a car driven by an unidentified male, followed him for over thirty minutes. The driver appeared to be attempting to videotape and dox the SDDO. At the time, the SDDO was operating a government-owned vehicle. The individual followed the SDDO across multiple towns, maintaining close proximity and adjusting their route in response to the SDDO's change in

11

direction. When it became evident that the individual was intentionally following the SDDO with intent to locate his residence and dox him, the SDDO attempted to evade the vehicle by changing his travel route. During one maneuver, the SDDO executed a sharp U-turn, causing the Subaru to pass through a small intersection and come to an abrupt stop in the middle of the road. At this point, the SDDO observed a sign in the rear passenger-side window read "FUCK ICE" and witnessed the driver using a cell phone to record the interaction. Despite the SDDO's efforts to evade, the individual continued to follow him through multiple towns, frequently speeding and disregarding traffic laws to remain behind the government vehicle. The SDDO contacted the Gorham, Maine Police Department and reported the ongoing situation. Based on the duration and persistence of the pursuit, the Police Department determined there was sufficient evidence to initiate a case for stalking and harassment. They dispatched a cruiser to intercept the suspect as the SDDO traveled from Westbrook back into Gorham on Route 25. Subsequently the SDDO and the Gorham Police Department conducted a vehicle stop and driver was later identified. Once the situation was under control, the SDDO departed and provided a written statement to the Sergeant Detective of the Gorham Police Department, and a police report was filed.

39. On February 12, 2026, ICE OPR received information that the name and home address of an ICE DO was posted on a banner displayed along a busy freeway.

40. On March 11, 2026, ERO Boston executed a criminal arrest warrant in South Burlington, Vermont. On March 12, 2026, the Vermont State Police reported to ERO Boston that it discovered personal information being shared regarding one of ERO Boston's DOs. See below an excerpt of a reddit.com post that has a picture of the DO, lists his full name, Air BnB account, and rental property address.

12



41.

42. In addition, a subject with a high-resolution camera positions himself outside of the ICE ERO Burlington parking lot every Wednesday and Thursday and posts pictures of officers' faces on the internet in an attempt to identify them.

43. In addition to our officers that are facing doxing, assaults, threats and online harassment, their families are being doxed and threatened. For example, one of the officer's spouses received a Facebook message from a Massachusetts individual, reading: "Your husband, the ICE man, is a fuck and retribution will come your way eventually."[4]

44. Another ICE officer's spouse received a threatening phone call saying, "I don't know how you let your husband work for ICE, and you sleep at night. Fuck you, fuck your family. I hope your kids get deported by accident. Did you hear what happened to the Nazis after World War II? Because it is what's going to happen to your family." *Id.*

45. In response to increased threats and harassments to ICE employees and their families, on March 25, 2026, Acting ICE Director Todd Lyons signed a memorandum to invest in the agency's capabilities to protect ICE employees and their families and to safeguard the workplace against current and emerging threats, including doxing, online harassment, and physical security risks.

---

[4] Paulina Okunyte, Hackers doxx hundreds of ICE, DHS agents, Cybernews (Oct. 20, 2025), https://cybernews.com/security/dhs-doj-hack-doxx-leak/.

14

## CONCLUSION

This declaration is based upon my personal knowledge and information made available to me in my personal and official capacity. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, belief, and reasonable inquiry.

Executed on this 30th day of March 2026.

ROBERT J PIEPIORA
Digitally signed by ROBERT J PIEPIORA
Date: 2026.03.30 11:05:50 -04'00'

Robert Piepiora

Acting Assistant Field Office Director
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations

15