UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------X
CARLOS SEBASTIAN ZAPATA
RIVERA,

Plaintiff,

v.

DAVID JACKSON,

Defendant.
-----------------------------------------------------X

**NOTICE  OF  APPEARANCE**

Civil Action No. 4:25-cv-13850

      PLEASE TAKE NOTICE that PATRICK B. FENIOR, Trial Attorney for the Department

of Justice, hereby enters an appearance in the above-captioned action as counsel for Defendant

DAVID JACKSON. The undersigned certifies that he is permitted to practice in this Court

under Local Civil Rule 83.5.3. This appearance is made without waiver to service, venue, or

jurisdiction.

Dated: June 16, 2026

*/s/ Patrick B. Fenior*
PATRICK B. FENIOR
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146,
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 253-8796
Fax: (202) 616-4314
Email: Patrick.B.Fenior@usdoj.gov

**Certificate of Service**

I, hereby, certify that on June 16, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification to all involved parties of such filing.

Dated: June 16, 2026

*/s/ Patrick B. Fenior*
Patrick B. Fenior