**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CARLOS SEBASTIAN ZAPATA RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-cv-13850 |
| | ) | |
| DAVID JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT DAVID JACKSON'S**
**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY**

Defendant Officer David Jackson respectfully requests leave to file a reply to Plaintiff Carlos Sebastian Zapata Rivera's Memorandum of Law in Opposition to Defendant's Motion to Dismiss (Dkt. No. 33) by Friday, July 10, 2026. In support of this Motion, Officer Jackson submits the following:

1.      On July 1, 2026, the Court granted Plaintiff's Assented to Motion for Leave to File Excess Pages (Dkt. No. 31).

2.      On July 2, 2026, Plaintiff filed his Opposition, which contained five additional pages consistent with Officer Jackson's assent and the Court's July 1, 2026, Order (Dkt. No. 32). A corrected brief was filed on July 6, 2026.

3.      In his Opposition, Plaintiff argues, among other things, that Plaintiff's *Bivens* claim is not foreclosed by Supreme Court precedent and supported by the First Circuit's history of recognizing *Bivens* claims against ICE officers. Plaintiff also argues that Officer Jackson is not entitled to qualified immunity because his conduct violated Plaintiff's clearly established Fourth

Amendment right as well as DHS and ICE's own use of force policies. Officer Jackson seeks to address Plaintiff's legal arguments in his reply, which may be helpful to the Court in resolving these issues.

4.     Officer Jackson's reply will not exceed 10 pages.

5.     A hearing on this matter has not yet been scheduled.

6.     Plaintiff assents to this Motion.

WHEREFORE, Officer Jackson respectfully seeks leave to file a reply, not to exceed 10 pages, by July 10, 2026.

Date: July 7, 2026                                      Respectfully submitted,

                                                       BRETT A. SHUMATE
                                                       Assistant Attorney General
                                                       Civil Division

                                                       JONATHAN GUYNN
                                                       Deputy Assistant Attorney General
                                                       Torts Branch

                                                       SARAH E. WHITMAN
                                                       Assistant Director, Torts Branch

                              By:     */s/ Patrick B. Fenior*
                                                       PATRICK B. FENIOR
                                                       Trial Attorney
                                                       United States Department of Justice
                                                       Torts Branch, Civil Division
                                                       P.O. Box 7146, Ben Franklin Station
                                                       Washington, D.C. 20044-7146
                                                       Tel: (202) 253-8796
                                                       Fax: (202) 616-4314
                                                       E-mail: Patrick.B.Fenior@usdoj.gov
                                                       *Counsel for Defendant David Jackson*

2

**L.R. 7.1 CERTIFICATION**

I, Patrick B. Fenior, hereby certify that I conferred with Plaintiff's counsel before filing this Motion, and Plaintiff assents to this Motion.

Date: July 7, 2026                                By:    */s/ Patrick B. Fenior*

PATRICK B. FENIOR
Trial Attorney
United States Department of Justice

**CERTIFICATE OF SERVICE**

I, Patrick B. Fenior, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: July 7, 2026                                By:    */s/ Patrick B. Fenior*

PATRICK B. FENIOR
Trial Attorney
United States Department of Justice

3